**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Zillow v. Bosel,* **Slip Opinion No. 2017-Ohio-260.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2017-OHIO-260

ZILLOW *v.* BOSEL, RECORDER.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Zillow v. Bosel,* **Slip Opinion No. 2017-Ohio-260.]**

*Cause dismissed as moot.*

(No. 2015-1608—Submitted January 10, 2017—Decided January 25, 2017.)

IN MANDAMUS.

————————————

{¶ 1} Upon consideration of the parties' evidence and briefs, this cause is dismissed as moot.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

————————————

Graydon, Head & Ritchey, L.L.P., and John C. Greiner, for relator.

Robert L. Herron, Columbiana County Prosecuting Attorney, and Krista R. Peddicord, Assistant Prosecuting Attorney, for respondent.

————————————